**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT JACKSON**

**MARCH SESSION, 1998**

**FILED**

**April 1, 1999**

Cecil Crowson, Jr.

**Appellate Court Clerk**

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | **C.C.A. NO. 02C01-9709-CC-00341** |
| | ) | |
| Appellee, | ) | |
| | ) | |
| | ) | **HENRY COUNTY** |
| **VS.** | ) | |
| | ) | **HON. JULIAN P. GUINN** |
| **JAMES ROBERT FIELDS,** | ) | **JUDGE** |
| | ) | |
| Appellant. | ) | **(Direct Appeal - Class B Misdemeanor** |
| | ) | **Assault)** |

**CONCURRING OPINION**

I agree that the conviction should be affirmed. Assault is not a lesser included or lesser grade offense of statutory rape. I disagree, however, with footnote 3 which suggests that a special request by the defendant for an instruction on a lesser offense would serve to amend the indictment. See State v. Leland Ray Reeves, No. 01C01-9711-CR-00515 (Tenn. Crim. App., at Nashville, Mar. 23, 1999).

_____

Gary R. Wade, Presiding Judge